AO 91 (Rev. 12/93) Criminal Complaint

# United States District Court

## DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

ANDRÉS VALLEJO-MARTÍNEZ

Criminal Complaint
Case No. 05 – 135M

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about __December 5, 2005__ in __New Castle__ County, in the District of Delaware, the defendant was knowingly present in the United States, having been previously deported from the United States after being convicted of an aggravated felony, and had not obtained the permission of either the Attorney General of the United States or the Undersecretary for Border and Transportation Security to re-enter the United States, in violation of Title __8__, United States Code, Section __1326(b)(2)__.

I further state that I am a(n) __Special Agent, Bureau of Immigration & Customs Enforcement (ICE)__ and that this complaint is based
                                             Official Title
on the following facts:

See attached Affidavit

Continued on the attached sheet and made a part hereof:   Yes

_____
Signature of Complainant
William O. Horn
Special Agent
ICE
U.S. Dep't of Homeland Security

Sworn to before me and subscribed in my presence,

__December 6, 2005__                    at __Wilmington, DE__
Date                                                         City and State

Honorable Mary Pat Thynge
United States Magistrate Judge                    _____
Name & Title of Judicial Officer           Signature of Judicial Officer

FILED
DEC - 6 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, William O. Horn, being duly sworn, depose and say:

1.      I am a Special Agent with the United States Department of Homeland Security, Bureau of Immigration & Customs Enforcement (ICE), Dover, Delaware. I have been employed as a Special Agent since October 1, 1997, when I was employed by the Immigration and Naturalization Service (INS). The Investigations branch of INS was transferred to the U.S. Department of Homeland Security as the Bureau of Immigration & Customs Enforcement in March 2003.

2.      This investigation is based on information provided by State of Delaware government agencies, INS/ICE records, and my own observations and interviews.

3.      On or about December 05, 2005, ICE Dover was notified that an individual, believed to be a Mexican citizen, was in custody at the Howard R. Young Correctional Institution in Wilmington, Delaware, within the District of Delaware. He had been arrested on traffic charges under the name Juan CALDERÓN. When an NCIC hit was checked, ICE's Law Enforcement Support Center (LESC) identified him as Andrés VALLEJO-Martínez, a native and citizen of Mexico who had previously been removed from the United States as an Aggravated Felon.

4.      ICE and Criminal database checks revealed that Andrés VALLEJO-Martínez had been convicted, on September 17, 2002, of Unlawful Sexual Contact Third Degree, with a minor victim. This constitutes a conviction for an Aggravated Felony, as defined in Title 8, United States Code, 1101(a)(43)(A). The record checks also disclosed that the subject had previously been deported from the United States.

5.      On December 05, 2005, your affiant interviewed Andrés VALLEJO-Martínez at the Howard R. Young Correctional Institution, where he had been incarcerated on charges of Criminal Impersonation and driving offenses. When asked whether he was, in fact, Andrés VALLEJO-Martínez, he answered that he was. He also admitted that he had previously been removed from the United States. He stated that he had **last entered the United States in or around June 2005**, without inspection by an Immigration Officer. ~~He also stated that he had not filed an Application for Advance Permission to Reapply for Admission into the United States After Deportation or Removal~~.

6.      On December 06, 2005, your affiant reviewed the Alien File relating to Andrés VALLEJO-Martínez. In the file was an executed Form I-205, which showed that he had been deported from the United States to Mexico on January 29, 2003 at Laredo, TX. There was no evidence in the file of any filings for permission to reapply for admission to re-enter the United States subsequent to removal.

/ / /

WHEREFORE, your affiant avers that there is probable cause to believe that Andrés VALLEJO-Martínez, a citizen and national of Mexico, was convicted of an aggravated felony and removed by the INS to Mexico on January 29, 2003, and, prior to his reembarkation at a place outside the United States, neither the Attorney General of the United States nor the Undersecretary for Border and Transportation Security had expressly consented to such alien's reapplying for admission, in violation of Title 8, United States Code, 1326(b)(2).

_____
William O. Horn
Special Agent
U.S. Immigration & Customs Enforcement

Sworn to before me and subscribed in my presence
this _____ day of December, 2005.

_____
THE HONORABLE MARY PAT THYNGE
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF DELAWARE