IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

        Plaintiff,

                                :   Criminal Action No. 05-108

    v.

ANDRÉS VALLEJO-MARTÍNEZ,

        Defendant.

### PETITION FOR WRIT OF  HABEAS CORPUS AD PROSEQUENDUM

    Your Petitioner, the United States of America, by its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Adam Safwat, Assistant United States Attorney for the District of Delaware, respectfully states:

    1.    The defendant, Andres Vallejo-Martinez, was indicted on a federal immigration charge on December 15, 2005.  A criminal complaint and arrest warrant were previously issued against him on December 6, 2005, by this Court.   The defendant is in the custody of the State of Delaware, pending state charges. To date, the defendant has not had an initial appearance in federal court.

    2.    The defendant is incarcerated by Delaware state authorities in the Howard R. Young Correctional Institution, Delaware.

    **WHEREFORE,** Petitioner prays that the Clerk of this Court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the United States Marshal, District of

FILED

DEC 1 6 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Delaware, and to the Warden of the Howard R. Young Correctional Institution, to bring said defendant, Andres Vallejo-Martinez, before the Court on January 5, 2006, or at a date shortly thereafter as may be convenient to the Court, for his initial appearance, and to return said defendant to State authorities, unless his state charges have been dismissed, terminated or finally disposed, in which case said defendant shall remain in the custody of the United States Marshal for the District of Delaware until the conclusion of his federal proceedings.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: _Adam_ _____

Adam Safwat
Assistant United States Attorney

Dated:   December 16, 2005

**IT IS SO ORDERED** this __19__ day of _December_ _____, 2005.

_____

Honorable Mary Pat Thynge
United States Magistrate Judge
District of Delaware