UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA, )
)
       Plaintiff, )
)
)   CASE NO. CR05-108-GMS
vs. )
)
ANDRES VALLEJO-MARTINEZ )
)
)
       Defendant. )

FILED IN OPEN COURT
1/5/06 KJK.

### O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on JANUARY 5, 2006 requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until FEB. 3, 2006. The time between the date of this order and FEBRUARY 3, 2006 shall be excludable under the Speedy Trial Act (18 U.S.C.3161, et seq.).

                                      Honorable Mary Pat Thynge
                                      U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney

FILED
JAN 5 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE