# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| Plaintiff, § | |
| § | CRIMINAL ACTION NO. 05-108-GMS |
| v. § | |
| § | |
| ANDRES VALLEJO - MARTINEZ § | |
| Defendant. § | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: DAVID W. THOMAS, UNITED STATES MARSHAL, DISTRICT OF DELAWARE,
WARDEN OF THE HOWARD R. YOUNG CORRECTIONAL INSTITUTION,
WILMINGTON, DELAWARE

GREETINGS:

We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said **ANDRES VALLEJO - MARTINEZ** who is now detained and imprisoned in the **HOWARD R. YOUNG CORRECTIONAL INSTITUTION** and who is a defendant in the above-entitled cause, in which cause the said **ANDRES VALLEJO - MARTINEZ** was charged with ILLEGAL REENTRY AFTER DEPORTATION in violation of 8 U.S.C. SECTION 1326(B)(2) for an **INITIAL APPEARANCE ON THURSDAY, JANUARY 5, 2006 AT 1:00 PM** and for any other proceedings subsequent thereto , and to remain in the custody of the United States Marshal until the conclusion of the federal proceeding

And have you then and there this writ.

To the Marshal of the District of Delaware to execute.

WITNESS the Honorable Mary Pat Thynge, Magistrate Judge of the District Court of the United States for the District of Delaware, this 19th day of December , 2005.

CERTIFIED:
AS A TRUE COPY: 12-22-05
ATTEST:
PETER T. DALLEO, CLERK

BY _____
Deputy Clerk

PETER T. DALLEO, CLERK

By: _____
Deputy Clerk



FILED
JAN 9 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

U. S. MARSHAL
I have Partially/Fully Executed the
Custody Of The Within Named Andres
Vallejo-Martinez
GSOC
1/5/06
JWThomas
United States Marshal
By: [signature]
Deputy Marshal