IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 05-108 GMS |
| | : |
| ANDRES VALLEJO-MARTINEZ | : |
| | : |

**NOTICE OF SCHEDULING**

IT IS HEREBY ORDERED that a scheduling conference regarding the above-named defendant is scheduled for **Monday, March 27, 2006, at 10:00 a.m.** before the Honorable Gregory M. Sleet, United States District Judge, in chambers, United States Courthouse, 844 King Street, Wilmington, DE. Counsel only need appear at the scheduling conference.

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE

March 6, 2006