IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Criminal Action No. 05-108-GMS |
| ) | |
| ANDRES VALLEJO-MARTINEZ, ) | |
| ) | |
| Defendant. ) | |

ORDER

WHEREAS, a scheduling conference is set for March 27, 2006, at 10:00 a.m. in the above captioned-case;

WHEREAS, the parties have advised the Court that the defendant intends to enter a change of plea and have submitted an agreed to memorandum of plea;

IT IS HEREBY ORDERED that:

1. A hearing pursuant to Federal Rule of Criminal Procedure 11 shall be held at the time previously set aside for the scheduling conference.

2. The time between the date of this Order and March 27, 2006, shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 *et seq.*).

Date: March 14, 2006

THE HONORABLE GREGORY M. SLEET
UNITED STATES DISTRICT JUDGE