IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal No. 005-108 GMS |
| | ) |
| ANDRES VALLEJO-MARTINEZ | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 27th day of March, 2006, defendant having entered a plea of guilty to count I of the indictment filed against him;

IT IS ORDERED that:

1. The sentencing of defendant is scheduled for **Wednesday, June 28, 2006, at 10:00 a.m.** before the Honorable Gregory M. Sleet, United States District Court, Courtroom 4A, 844 N. King Street, Wilmington, Delaware;

2. Any objections to the presentence report and any factors under 18 U.S.C. § 3553(a) that counsel plans to raise at sentencing must be communicated in writing to the Probation Office and opposing counsel no later than 14 days from receipt of the presentence report. Such objections and § 3553(a) factors should **not** be filed with the court;[1]

3. Counsel shall notify the court promptly if an evidentiary hearing on disputed sentencing issues is required; and

---

[1] All filings and correspondence presented to the court will be docketed and available electronically, unless filed under seal. The court will not review correspondence and filings for redaction. Therefore, it is the sole responsibility of counsel and the parties to be certain that all documents comply with the rules of this court and the Judicial Conference requiring redaction of personal data identifiers and sensitive information.

        4.        The presentence investigation report shall be submitted to the court five (5) business days prior to the sentencing.

        /s/ Gregory M. Sleet
        UNITED STATES DISTRICT JUDGE

March 27, 2006

Case 1:05-cr-00108-GMS    Document 19    Filed 03/27/2006    Page 2 of 2