IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-108-GMS |
| | ) | |
| ANDRES VALLEJO-MARTINEZ, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SUBSTITUTION OF COUNSEL

Please withdraw the appearance of Assistant United States Attorney Adam Safwat as attorney of record on behalf of the United States of America, and enter the appearance of Assistant United States Attorney Edmond Falgowski.

                                                                            COLM F. CONNOLLY
                                                                            United States Attorney

By: /s/ Edmond Falgowski
      Edmond Falgowski
      Assistant United States Attorney
      Nemours Building, #700
      P.O. Box 2046
      Wilmington, Delaware 19899-2046
      edmond.falgowski@usdoj.gov

Dated: 6-7-06

## CERTIFICATE OF SERVICE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                     ) | Criminal Action No. 05-108-GMS |
| ) | |
| ANDRES VALLEJO-MARTINEZ ) | |

I, Sharon L. Bernardo, employee with the United States Attorney's Office, hereby certify that on June 7, 2006, I electronically filed the foregoing:

**NOTICE OF SUBSTITUTION OF COUNSEL**

with the Clerk of the Court using the CM/ECF which will send notification of such filing to:

Eleni Kousoulis, Equire
ecf_ek@msn.com

*/s/ Sharon L. Bernardo*