IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-108-GMS |
| ANDRES VALLEJO-MARTINEZ, | : | |
| Defendant. | : | |

**MOTION FOR CONTINUANCE OF SENTENCING**

Defendant, Andres Vallejo-Martinez, by and through his undersigned counsel, Eleni Kousoulis, hereby moves the Court for an order continuing the sentencing hearing in this case. In support of the motion, the defense submits as follows:

1. Mr. Vallejo-Martinez is scheduled for sentencing on June 28, 2006 at 10:00 a.m.

2. Mr. Vallejo-Martinez is in the process of attempting to have a prior conviction vacated. The conviction he is attempting to have vacated is an aggravated felony which enhances his guideline sentence in the present case. Mr. Vallejo-Martinez respectfully requests a 90 day continuance of his sentencing to allow him the opportunity to challenge this prior conviction.

3. AUSA Adam Safwat and USPO Walter Matthews do not oppose this request for a continuance.

WHEREFORE, Mr. Vallejo-Martinez respectfully requests that the Court continue the sentencing hearing in this matter for 90 days.

Respectfully Submitted,

/s/
Eleni Kousoulis, Esquire
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware 19801
Attorney for Defendant Vallejo-Martinez

DATED:  June 8, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 05-108-GMS |
| | : | |
| ANDRES VALLEJO-MARTINEZ, | : | |
| | : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

The undersigned attorney for defendant Andres Vallejo-Martinez hereby certifies that a copy of Defendant's Motion for Continuance of Sentencing is available for public viewing and downloading and was electronically delivered on June 8, 2006, to:

Adam Safwat, Esquire
Assistant U.S. Attorney
1007 Orange Street
Suite 700, P.O. Box 2046
Wilmington, DE  19899-2046

The undersigned attorney further certifies that on June 8, 2006, a copy of the attached Motion for Continuance of Sentencing was placed in a box in the United States District Court of the District of Delaware addressed to the following person:

Walter Matthews
U. S. Probation Officer
Suite 400, 824 Market Street
Wilmington, DE 19801-3588

/s/
Eleni Kousoulis, Esquire
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware  19801
Attorney for Defendant Vallejo-Martinez