IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-108-GMS |
| ANDRES VALLEJO-MARTINEZ, | : | |
| Defendant. | : | |

## ORDER

In response to Mr. Vallejo-Martinez's Motion for Continuance of Sentencing, this Court HEREBY ORDERS on this 12th day of June, 2006, that Defendant's sentencing hearing be re-scheduled for the 18th day of September, 2006 at 2:00 a.m./p.m.

The Honorable Gregory M. Sleet
United States District Court