AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

ANDRÉS VALLEJO-MARTÍNEZ

## WARRANT FOR ARREST

CASE NUMBER: 05- 135M

CR05-108-GMS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **ANDRÉS VALLEJO-MARTÍNEZ** when and as stated in the

Criminal Complaint and bring said Defendant to the nearest magistrate to answer a(n)

__ Indictment  __ Information  _X_ Complaint  __ Order of court  __ Violation Notice  __ Probation Violation Petition

charging the Defendant with (brief description of offense)

knowingly re-entering the United States and being present in the United States after being deported subsequent to sustaining an aggravated felony, without prior approval of either the Attorney General or the Undersecretary for Border and Transportation Security,

in violation of Title __8__ United States Code, Section __1326(b)(2)__.

FILED
JUN 13 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Honorable Mary Pat Thynge | United States Magistrate Judge |
| Name of Issuing Officer | District of Delaware |
| | Title of Issuing Officer |
| *[signature]* | December 6, 2005    Wilmington, DE |
| Signature of Issuing Officer | Date and Location |
| Bail fixed at $ __No Bail__ | by _[signature]_ |
| | Name of Judicial Officer |

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _Andres Vallejo-Martinez_

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 12/6/05 | Toby M. Conrad  DUSM | *[signature]* |
| DATE OF ARREST | | |
| 12-22-05 | | |

AO 442 (Rev. 12/85) Warrant for Arrest

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: ___ANDRÉS VALLEJO-MARTÍNEZ_____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: __M_____ RACE: ___Hispanic_____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____
_____
_____

FBI NUMBER: _____
COMPLETE DESCRIPTION OF AUTO: _____
_____

INVESTIGATIVE AGENCY AND ADDRESS: _____
_____