IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 05-108-GMS |
| | : | |
| | : | |
| ANDRES VALLEJO-MARTINEZ, | : | |
| | : | |
| Defendant. | : | |

**MOTION FOR CONTINUANCE OF SENTENCING**

Defendant, Andres Vallejo-Martinez, by and through his undersigned counsel, Eleni Kousoulis, hereby moves the Court for an order continuing the sentencing hearing in this case. In support of the motion, the defense submits as follows:

1. Mr. Vallejo-Martinez is scheduled for sentencing on September 18, 2006 at 2:00 p.m.

2. Mr. Vallejo-Martinez is still in the process of attempting to have a prior state felony conviction, which enhances his guideline sentence in the present case, vacated. This Court granted a previous motion for continuance of sentencing filed by the defense for this same reason; however, Mr. Vallejo-Martinez initially filed the wrong motion in state court and is in the process of filing the correct motion.

3. Defense counsel was out of the office from July 1, 2006 through August 8, 2006, due to serious injuries suffered in a car accident, and again out of the office from August 28, 2006 through September 6, 2006 following surgery on her right hand. As a result, defense counsel also

requires additional time to speak with Mr. Vallejo-Martinez concerning his sentencing prior to sentencing.

    4.    Mr. Vallejo-Martinez respectfully requests a 60 day continuance of his sentencing to allow counsel adequate time to meet with him and to allow him the opportunity to challenge his prior state conviction.

    5. AUSA Edmond Falgowski is out of the office until Friday, September 15, 2006 and defense counsel was unable to speak to him regarding the government's position on this motion. USPO Walter Matthews do not oppose this request for a continuance.

    WHEREFORE, Mr. Vallejo-Martinez respectfully requests that the Court continue the sentencing hearing in this matter for 60 days.

    Respectfully Submitted,

/s/
Eleni Kousoulis, Esquire
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware 19801
Attorney for Defendant Vallejo-Martinez

DATED:   September 13, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 05-108-GMS |
| | : | |
| ANDRES VALLEJO-MARTINEZ, | : | |
| | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

The undersigned attorney for defendant Andres Vallejo-Martinez hereby certifies that a copy of Defendant's Motion for Continuance of Sentencing is available for public viewing and downloading and was electronically delivered on September 13, 2006, to:

Edmond Falgowski, Esquire
Assistant U.S. Attorney
1007 Orange Street
Suite 700, P.O. Box 2046
Wilmington, DE  19899-2046

/s/
Eleni Kousoulis, Esquire
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware  19801
Attorney for Defendant Vallejo-Martinez