IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 05-108 GMS |
| | : |
| ANDRES VALLEJO-MARTINEZ | : |
| | : |

**NOTICE OF SCHEDULING**

IT IS HEREBY ORDERED that sentencing hearing regarding the above-named defendant is rescheduled to **Wednesday, January 10, 2007, at 9:30 a.m.** before the Honorable Gregory M. Sleet, United States District Judge, Courtroom 4A, United States Courthouse, 844 King Street, Wilmington, DE.

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE

November 16, 2006