IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 05-108-GMS |
| | : | |
| | : | |
| ANDRES VALLEJO-MARTINEZ, | : | |
| | : | |
| Defendant. | : | |

**MOTION TO STRIKE SURPLUSAGE FROM INDICTMENT**

Defendant, Andres Vallejo-Martinez, by and through his undersigned counsel, Eleni Kousoulis, files the instant Motion to Strike Surplusage from the Indictment in the present matter. In support of this motion, the defense submits as follows:

1. Mr. Vallejo-Martinez was indicted in this case by a federal grand jury on December 15, 2005 with a single count of Illegal Reentry after Deportation, in violation of 8 U.S.C. § 1326(a) and (b)(1).

2. 18 U.S.C. § 1326(b)(1) deals with penalties for reentry of certain removed aliens, and does not deal with an element of the offense for which Mr. Vallejo-Martinez is charged.

3. Federal Rule of Criminal Procedure 7(d) permits the Court to grant a defendant's motion to strike surplusage from an indictment.

4. Mr. Vallejo-Martinez submits that any reference to 8 U.S.C. § 1326 (b)(1) is

surplusage, and therefore moves the Court to strike from the Indictment the reference to § 1326 (b)(1), as surplusage.

5.  AUSA Edmond Falgowski, the attorney handling this case for the government, does not oppose this motion.

WHEREFORE, Mr. Vallejo-Martinez respectfully requests that the Court enter an Order striking the identified surplusage from the indictment in this case.

                                      Respectfully Submitted,

                                      /s/
                                      Eleni Kousoulis, Esquire
                                      Assistant Federal Public Defender
                                      704 King Street, Suite 110
                                      Wilmington, Delaware 19801
                                      Attorney for Defendant Vallejo-Martinez

DATED:   December 29, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-108-GMS |
| ANDRES VALLEJO-MARTINEZ, | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

The undersigned attorney for defendant Andres Vallejo-Martinez hereby certifies that a copy of Defendant's Motion to Strike Surplusage from the Indictment is available for public viewing and downloading and was electronically delivered on December 29, 2006, to:

Edmond Falgowski, Esquire
Assistant U.S. Attorney
1007 Orange Street
Suite 700, P.O. Box 2046
Wilmington, DE  19899-2046

/s/
Eleni Kousoulis, Esquire
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware  19801
Attorney for Defendant Vallejo-Martinez