IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 05-108-GMS |
| | : | |
| | : | |
| ANDRES VALLEJO-MARTINEZ, | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

In response to Mr. Vallejo-Martinez's Motion to Strike Surplusage from the Indictment, this Court HEREBY ORDERS on this _____ day of _____, _____, that the language referencing 8 U.S.C. § 1326 (b)(1) be striken from the Indictment herein.

_____
The Honorable Gregory M. Sleet
United States District Court