IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 05-108-GMS |
| | ) |
| ANDRES VALLEJO-MARTINEZ, | ) |
| | ) |
| Defendant. | ) |

### JOINT MOTION TO AMEND PLEA AGREEMENT

COMES NOW the United States of America, by and through its attorney Edmond Falgowski, Assistant United States Attorney for the District of Delaware, and Eleni Kousoulis, Esquire, attorney for the defendant, Andres Vallejo-Martinez, and move to amend the Memorandum of Plea Agreement. In support of the joint motion, the parties state the following:

1. The Memorandum of Plea Agreement, executed by the parties on March 27, 2006, provides in paragraph 9 that it "may be modified only in a written agreement executed by all the undersigned parties."

2. Paragraphs 1 and 2 of the Memorandum of Plea Agreement inaccurately recites that the defendant was deported as an aggravated felon and is subject to 20 years incarceration pursuant to 8 U.S.C. § 1326(a) and (b)(2). The parties agree that the Memorandum of Plea Agreement should reflect that the defendant was deported as a felon and is subject to 10 years incarceration pursuant to 8 U.S.C. § 1326(a) and (b)(1).

WHEREFORE, the parties respectfully request that at sentencing they be permitted to amend the original Memorandum of Plea Agreement to reflect the above-referenced modifications.

COLM F. CONNOLLY
United States Attorney

/s/ Eleni Kousoulis                       By: /s/ Edmond Falgowski
Eleni Kousoulis, Esquire                  Edmond Falgowski
Counsel for Defendant                     Assistant United States Attorney

Dated: 12/29/06

IT IS SO ORDERED this 3rd day of Jan., 2007.

Honorable Gregory M. Sleet
United States District Court Judge

FILED
JAN - 4 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE