IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,          :
                                   :
          Plaintiff,               :
                                   :
     v.                            :          Criminal Action No. 05-108-GMS
                                   :
                                   :
ANDRES VALLEJO-MARTINEZ,           :
                                   :
          Defendant.               :

**ORDER**

In response to Mr. Vallejo-Martinez's Motion to Strike Surplusage from the Indictment, this Court HEREBY ORDERS on this ___4th___ day of ___Jan___, _2007_, that the language referencing 8 U.S.C. § 1326 (b)(1) be striken from the Indictment herein.

The Honorable Gregory M. Sleet
United States District Court

F I L E D

JAN - 4. 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE